# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEWELL RECYCLING OF ATLANTA, INC.,<br><br>　　　　Defendant. | Civil Action No.<br>1:07-CV-1909-TCB-AJB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a), and all other applicable law, the above-styled action is hereby dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this June 20, 2008.

| For Plaintiff | For Defendant |
|---|---|
| s/Robert K. Dawkins<br>Lakisha C. Duckett (Trial Counsel)<br>Georgia Bar No.231641<br>Robert K. Dawkins<br>Regional Attorney<br>Georgia Bar No. 076206 | s/Walter J. Kruger, III<br>Walter J. Kruger, III (Trial Counsel)<br>Georgia Bar No. 429926<br>wkruger@laborlawyers.com<br>D. Albert Brannen<br>dbrannen@laborlawyers.com |

Equal Employment Opportunity
Commission
Atlanta District Office
100 Alabama Street, Suite 4R30
Atlanta, GA 30328
Telephone: 404-562-6815
Facsimile: 404-562-6905

Georgia Bar No. 079815
Mark Y. Thacker
Georgia Bar No. 141875
mthacker@laborlawyers.com

Fisher & Phillips LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia   30326
Telephone: 404-231-1400
Facsimile:  404-240-4249